**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 23-2179**

───────────────

MARIA GUADALUPE GOMEZ-LEMUZ,

        Petitioner,

   v.

MERRICK B. GARLAND, Attorney General,

        Respondent.

───────────────

On Petition for Review of an Order of the Board of Immigration Appeals.

───────────────

Submitted:  June 25, 2024                          Decided:  June 27, 2024

───────────────

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────────

Petition denied by unpublished per curiam opinion.

───────────────

**ON BRIEF:**  John E. Gallagher, Catonsville, Maryland, for Petitioner.  Brian Boynton, Principal Deputy Assistant Attorney General, Sabatino F. Leo, Assistant Director, Corey L. Farrell, Senior Litigation Counsel, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maria Guadalupe Gomez-Lemuz, a native and citizen of Honduras, petitions for review of an order of the Board of Immigration Appeals denying her motion to reissue the Board's decision of March 3, 2023, which upheld the immigration judge's denial of Gomez-Lemuz's applications for relief from removal and denied Gomez-Lemuz's motion for remand. Upon consideration of the parties' arguments on appeal, in conjunction with the record and relevant authorities, we discern no abuse of discretion in the Board's order denying the motion to reissue. *Accord Ping Chen v. U.S. Att'y Gen.*, 502 F.3d 73, 75 (2d Cir. 2007) (explaining that a motion to reissue is treated as a motion to reopen and reviewed for abuse of discretion). Accordingly, we deny the petition for review. *See In re Gomez-Lemuz* (B.I.A. Oct. 13, 2023).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*